360 A.2d 653
COMMONWEALTH, Appellant,
v.
WHITE.

Submitted December 16, 1975. Stewart J. Greenleaf, Assistant District Attorney, and Milton O. Moss, District Attorney, for Commonwealth, appellant; Albert C. Oehrle, and Wilson, Oehrle & Drayer, for appellee.

Order affirmed.